### UNITED STATES of America Plaintiff—Appellee

v.

### Don KEMPER Defendant—Appellant

No. 00–3939.

United States Court of Appeals, Sixth Circuit.

March 20, 2002.

Before BATCHELDER and CLAY, Circuit Judges; and CARR, District Judge.*

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

It is **ORDERED** that the judgment of the district court be, and it hereby is,

* The Honorable James G. Carr, United States District Judge for the Northern District of

affirmed upon the opinion of the district court.